UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of the Complaint of Gambit Fisheries, Inc., and Petersen Fisheries, Inc., as owners of F/V CAPTAIN RALEIGH (O.N. 528154), and her engines, equipment, tackle, apparel, appurtenances, etc., for Exoneration from or Limitation of Liability | IN ADMIRALTY<br><br>No.: 3:25-cv-06160<br><br>**ORDER APPROVING SECURITY, DIRECTING ISSUANCE OF NOTICE, PUBLICATION THEREOF, AND GRANTING AN INJUNCTION** |

**WHEREAS** Petitioners Gambit Fisheries, Inc. and Petersen Fisheries, Inc., as owners of the vessel F/V CAPTAIN RALEIGH (O.N. 528154) filed a Complaint pursuant to 46 U.S.C. §§ 30501 *et seq.* and Rule F, Supplemental Rules for Admiralty and or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, praying for exoneration from or limitation of its liability for claims arising out of or in connection with the May 9, 2025 sinking of F/V CAPTAIN RALEIGH, and for other certain relief, and the Complaint having stated the facts and circumstances upon which exoneration and limitation are claimed;

**WHEREAS** Petitioners stipulate they shall deposit funds into the Registry of the Court in the principal amount of $560.00, which is equivalent to the value of Petitioners' interest in F/V CAPTAIN RALEIGH ($0.00) at the end of the voyage that concluded with the May 9, 2025 sinking of the vessel, plus security for costs ($500.00), plus anticipated interest that will accrue during the pendency of this action at the rate of 6% per annum ($60.00);

ORDER APPROVING SECURITY, DIRECTING ISSUANCE OF NOTICE, PUBLICATION THEREOF AND GRANTING AN INJUNCTION - 1
(CASE NO. 3:25-cv-06160)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**WHEREAS** the Court has approved the security for value and costs provided by Petitioners pursuant to Rule F, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and Local Admiralty Rule (f)-1;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Petitioners are ordered to pay into the Registry of the Court the principal amount of $560.00 within 14 days of the date of this Order;

2. The Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $560.00;

3. Petitioners have complied with Supplemental Admiralty Rule F(1) and LAR 120(b) by posting security for costs in the amount of $500.00, plus $60.00 for anticipated interest in at the rate of 6% per annum from the date of the security.

4. Petitioners have complied with Supplemental Admiralty Rule F(1) by depositing security in an amount equal to value of Petitioners interest in F/V CAPTAIN RALEIGH, $0.00. Because, however, the Court is reviewing the Petitioners' *Ad Interim* Stipulation for Value and this Motion ex parte without the benefit of argument from any potential claimants, the Court's ruling is WITHOUT PREJUDICE to the due appraisal of Petitioners' interest in the vessel, and any Claimant's demand that the security be increased pursuant to Supplemental Admiralty Rule F(7).

5. Pursuant to Supplemental Admiralty Rule F(3), the prosecution of any and all suits, actions, or proceedings of any nature or description whatsoever against Gambit Fisheries, Inc., Petersen Fisheries, Inc., or against the vessel F/V CAPTAIN RALEIGH (O.N. 528154), except in the instant proceeding, in respect of any claim arising out of or in connection with May 9, 2025 sinking of F/V CAPTAIN RALEIGH are HEREBY STAYED AND RESTRAINED until such time as the Court determines whether to dissolve the injunction.

6. Pursuant to Supplemental Admiralty Rule F(4), Petitioners shall publish a copy of the following notice in the Seattle Daily Journal of Commerce once a week for four consecutive weeks starting no later than 2 weeks from the date of this Order in substantially the form set

ORDER APPROVING SECURITY, DIRECTING
ISSUANCE OF NOTICE, PUBLICATION THEREOF
AND GRANTING AN INJUNCTION - 2
(CASE NO. 3:25-cv-06160)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

forth below:

## NOTICE TO INTERESTED PARTIES

WHEREAS Gambit Fisheries, Inc. and Petersen Fisheries, Inc., as owners of the vessel F/V CAPTAIN RALEIGH (O.N. 528154), filed a complaint pursuant to the Shipowner's Limitation of Liability Act, 46 U.S.C. § 30501, *et seq*., claiming the right to exoneration from or limitation of liability for all claims against it for injury, death, or other damage arising out of or in connection with the May 9, 2025 sinking of F/V CAPTAIN RALEIGH;

WHEREAS, Gambit Fisheries, Inc. and Petersen Fisheries, Inc., state that the value of the vessel F/V CAPTAIN RALEIGH and her pending freight at the end of the voyage that concluded with the May 9, 2025 sinking of the vessel was $0.00; and

WHEREAS, the Court, having directed by its Order Approving Security, Directing Issuance of Notice, Publication Thereof, and Granting an Injunction that all persons or legal entities claiming damages for any and all loss, destruction, damage, injury, or death arising out of or connected with the May 9, 2025 sinking of F/V CAPTAIN RALEIGH must file their respective claims on or before February 16, 2026;

PLEASE TAKE NOTICE that all persons or legal entities having such claims must file them, as provided in Rule F, Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of the United States District Court Western District of Washington at Seattle under the title "In the Matter of the Complaint of Gambit Fisheries, Inc., and Petersen Fisheries, Inc., as owners of F/V CAPTAIN RALEIGH (O.N. 528154), and her engines, equipment, tackle, apparel, appurtenances, etc., for Exoneration from or Limitation of Liability.," and Cause No. 3:25-cv-06160. A copy must also be served on counsel for Gambit Fisheries, Inc. and Petersen Fisheries, Inc., Jeremy B. Jones, Nicoll Black Altenbrun & Feig, 1325 Fourth Ave., Suite 1650, Seattle, WA 98101 a copy thereof on or before February 16, 2026, or be defaulted.

Any claimant desiring to contest the claims of Gambit Fisheries, Inc. and Petersen Fisheries, Inc., must file an answer to said complaint, as required by Rule F, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, and serve a copy on Gambit Fisheries, Inc. and Petersen Fisheries, Inc.'s attorney on or before February 16, 2026.

This notice is issued by Order of the Court pursuant to Rule F(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

7.  Petitioners shall, no later than two weeks from the date of this Order mail copies of the Complaint and this Order to: (1) the last known address of those persons who have provided notice of claims for damages arising from or in connection with the May 9, 2025 sinking of F/V

ORDER APPROVING SECURITY, DIRECTING
ISSUANCE OF NOTICE, PUBLICATION THEREOF
AND GRANTING AN INJUNCTION - 3
(CASE NO. 3:25-cv-06160)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

CAPTAIN RALEIGH and to any attorneys known to represent them; and (2) to such other persons and other legal entities as are known to have any claim against Petitioners and/or the vessel F/V CAPTAIN RALEIGH arising from or in connection with the May 9, 2025 sinking of F/V CAPTAIN RALEIGH, and to any attorneys known to represent them.

      8.    All persons or legal entities claiming damages for any and all loss, destruction, damage, injury, or death arising out of or connected with the May 9, 2025 sinking of F/V CAPTAIN RALEIGH must file their respective claims on or before February 16, 2026, or be defaulted.

DATED this 5th day of January, 2026.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

**Presented by:**

NICOLL BLACK ALTENBRUN & FEIG PLLC

/s/ Jeremy B. Jones
Jeremy B. Jones, WSBA No. 44138
Attorneys for Petitioner

ORDER APPROVING SECURITY, DIRECTING
ISSUANCE OF NOTICE, PUBLICATION THEREOF
AND GRANTING AN INJUNCTION - 4
(CASE NO. 3:25-cv-06160)

LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515